16 F.3d 405
 Simmerman (Nancy, Herbert, Paul), d/b/a Child Care Center,
d/b/a Serendipity Pre-School, d/b/a Wee Care Center
v.
Corino (John), Cape May County Prosecutor, Wells (Robert),
First Assistant Prosecutor of Cape May County, Cowan
(Antonia), Assistant Prosecutor of Cape May County, Hayes
(Marie), Investigator for Cape May County Prosecutor, Office
of Prosecutor of Cape May County, Veach (Betty, Samuel),
Natural Guardians of Veach (Christopher Samuel), Leider
(Veronica, Roanld),
 NO. 92-5660
 United States Court of Appeals,
Third Circuit.
 Dec 21, 1993
 
 Appeal From: D.N.J.,
 Irenas, J.,
 
 804 F.Supp. 644
 
 1
 AFFIRMED.